UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRA A. STRINGER, JR.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE COUNTY OF ORANGE, et al.,<br><br>　　　　　　Defendants.<br>_____ | ) NO. SACV 20-261-DDP (KS)<br>)<br>)<br>) ORDER ACCEPTING INTERIM FINDINGS<br>) AND RECOMMENDATIONS OF UNITED<br>) STATES MAGISTRATE JUDGE<br>)<br>)<br>) |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint ("SAC"), all of the records herein, the March 3, 2022 Report and Recommendation of United States Magistrate Judge ("Report") (Dkt. No. 76), Plaintiff's Objections to the Report ("Objections") (Dkt. No. 85), and Defendants' Response to Plaintiff's Objections ("Response") (Dkt. No. 86).

　　Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Motion to Dismiss is GRANTED; (2) Claims One, Three, Four, Seven, Eight, Eleven, Twelve, Fourteen, and Fifteen are DISMISSED

with prejudice; (3) Defendants Deputy Does 1-4 are DISMISSED; (4) Claims Two, Ten, and Thirteen are DISMISSED; and (5) Defendants Haney and the County are ORDERED to file an Answer to the SAC on the remaining claims (Claims Five and Six) within thirty (30) days of this Order.

      IT IS SO ORDERED.

DATED: December 11, 2023

                                  DEAN D. PREGERSON
                                  UNITED STATES DISTRICT JUDGE