O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IRA A. STRINGER, JR., | ) | NO. SACV 20-00261 DDP (KS) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| THE COUNTY OF ORANGE, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, Defendants' November 7, 2023 Motion to Dismiss, the March 25, 2024 Report and Recommendation of United States Magistrate Judge ("Report"), and all records herein. The time for filing Objections to the Report has passed and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) Defendants' Motion to Dismiss deceased Defendant Haney from this action is GRANTED; (2) judgment shall be entered dismissing Defendant Haney from this action with prejudice; and (3) Judgment shall be further entered dismissing the remainder of this action without prejudice for Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

    IT IS SO ORDERED.

DATED: September 10, 2024

_____
DEAN D. PREGERSON
SENIOR UNITED STATES DISTRICT JUDGE