JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IRA A. STRINGER, JR., | ) | NO. SACV 20-00261 DDP (KS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| THE COUNTY OF ORANGE, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that Defendant Haney is DISMISSED from this action with prejudice, and the remainder of this action is dismissed in its entirety without prejudice.

DATED: September 10, 2024

_____
DEAN D. PREGERSON
SENIOR UNITED STATES DISTRICT JUDGE